# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0250

VERSUS

JASON JARRELL SPIKES

**MAY 10, 2021**

---

In Re:  Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT